IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL MARTINEZ,

    Plaintiff,

v.                                                            No. CV 21-633 GJF/CG

REY BAROS, et al.,

    Defendants.

## ORDER DELAYING DISCOVERY SCHEDULE

**THIS MATTER** is before the Court upon review of the record. On August 3, 2021, counsel for Defendant Rey Service Center, LLC entered an appearance for the limited purpose of challenging the Court's jurisdiction over this matter. *See* (Doc. 5); (Doc. 6). Thus, the Court finds good cause under Federal Rule of Civil Procedure 16 to delay conducting a scheduling conference and entering a scheduling order pending a ruling on the *Motion to Dismiss for Lack of Federal Jurisdiction*, (Doc. 6). Should the parties wish to proceed with discovery in this matter, despite the pending dispositive motion, the parties may request such.

    **IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE