**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MANUEL MARTINEZ,

    Plaintiff,

v.   No. CV 21-633 MV/CG

REY BAROS, et al.,

    Defendants.

### ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court *sua sponte*.

**IT IS HEREBY ORDERED** that the Telephonic Rule 16 Scheduling Conference previously scheduled for **Wednesday, October 20, 2021**, (Doc. 19), is reset and will be conducted by telephone on **Tuesday, October 26, 2021, at 10:00 a.m. MST.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE